# Order

**Michigan Supreme Court**
**Lansing, Michigan**

October 2, 2009

139668

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

_____

In re HALEY JADE GARCIA, Minor.

_____

DEPARTMENT OF HUMAN SERVICES,
      Petitioner-Appellee,

v

CARLOS GARCIA,
      Respondent-Appellant.

SC: 139668
COA: 290999
Oakland CC Family Division:
08-744921-NA

_____/

     On order of the Court, the application for leave to appeal the September 1, 2009 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 2, 2009

_____
Clerk

s0929